MARY SHAPIRO, Respondent, *v.* BARNEY'S OMNIBUS SERVICE CORPORATION, Appellant.

SAM SHAPIRO, Respondent, *v.* BARNEY'S OMNIBUS SERVICE CORPORATION, Appellant.

(Argued June 11, 1929; decided July 11, 1929.)

*Max Herschaft* and *Samuel I. Poskanzer* for appellant.
*Arthur Hutter* and *David Batt* for respondents.

In each case judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.